UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

04 JAN 30 PM 4:27

TIMOTHY MOMAH,

PLAINTIFF

v.

CIVIL ACTION NO. 3:04CV-64-C

DENNY'S, INC., ET AL.

DEFENDANTS.

## NOTICE OF REMOVAL

The defendants Denny's, Inc.("Denny's"), Donald Miller, and Ernest Fox, Jr., give notice of the removal of this action to the United States District Court for the Western District of Kentucky, Louisville Division, based on the following grounds:

1.  On or about December 31, 2003, the plaintiff filed a lawsuit in Jefferson Circuit Court, styled <u>Timothy Momah v. Denny's, Inc. et. al.</u>, Civil Action No. 03-CI-11357, in which the plaintiff alleges violations of 42 U.S.C. § 1981 and §1983, and state law claims for use of excessive force, battery, false imprisonment, malicious prosecution, negligence, and vicarious liability against all defendants.

2.  The plaintiff's claims under 42 U.S.C. § 1981 and § 1983 are claims under a federal statute, and therefore could have been originally brought in this Court pursuant to 28 U.S.C. § 1331.

3.  Whether the defendants have violated the Plaintiff's rights in violation of 42 U.S.C. § 1981 and § 1983 is a question of federal law to be determined under those statutes and the administrative regulations promulgated there under. Resolution of the dispute between the parties depend upon the validity, construction or effect of federal law, the federal questions are



real and substantial, and their resolution is an essential element of the plaintiff's claims.

4. Denny's, Donald Miller, and Ernest Fox, Jr. are the only defendants named in this action.

5. The defendants have each agreed to remove this action to federal court, as is supported by their signature hereto.

6. Denny's was served on January 2, 2004, Donald Miller was served on January 8, 2004, and Ernest Fox, Jr. was served on January 2, 2004. A copy of the Complaint and all process, pleadings, and orders that have been served upon the defendants in this action are attached hereto as Exhibit A.

7. As set forth above, the claims asserted by the plaintiff against the defendants involve substantial questions arising under federal law and could have been originally brought in this Court pursuant to 28 U.S.C. § 1331. Therefore, this action and all claims asserted in Plaintiff's complaint may be removed by the Defendants pursuant to 28 U.S.C. § 1441(a) and § 1441(c).

WHEREFORE, Defendants, Denny's, Donald Miller, and Ernest Fox, Jr., give notice that the civil action now pending before the Jefferson Circuit Court, Civil Action No. 03-CI-11357, shall be removed there from to this Court.

Respectfully submitted,

_/s/ Carol Dan Browning_
Carol Dan Browning
Thad M. Barnes
STITES & HARBISON PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202-3352
Telephone: (502) 587-3400
COUNSEL FOR DEFENDANT, DENNY'S, INC.

HAVE SEEN AND AGREED TO:

*[signature]*
Anne Miller
O'Koon Hintermeister
Suite 1100
500 West Jefferson Street
Louisville, KY 40202
Counsel for Defendant,
Donald Miller

*[signature]*
Allen Dodd
Dodd & Dodd Attorneys, PLLC
2000 Waterfront Plaza
325 W. Main Street
Louisville, KY 40202
Counsel for Defendant,
Ernest Fox, Jr

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by United States First Class Mail, postage prepaid, on this 30 day of January, 2004 upon:

Michael L. Goodwin, Esq.
Christopher N. Lasch, Esq.
607 West Main Street, Suite 500
Louisville, Kentucky 40202
Counsel for Plaintiff

Anne Miller
O'Koon Hintermeister
Suite 1100
500 West Jefferson Street
Louisville, KY 40202
Counsel for Defendant,
Donald Miller

Allen Dodd
Dodd & Dodd Attorneys, PLLC
2000 Waterfront Plaza
325 W. Main Street
Louisville, KY 40202
Counsel for Defendant,
Ernest Fox, Jr

*[signature]*
Thad M. Barnes

# EXHIBIT A

NO. _____                                  JEFFERSON CIRCUIT COURT

                                                    DIVISION _____

TIMOTHY MOMAN                                                      PLAINTIFF

v.                              COMPLAINT
                              (jury trial demanded)   JEFFERSON CIRCUIT COURT
                                                      DIVISION FIFTEEN (15)

DENNY'S, INC
    Serve via certified mail:
    C T Corporation System
    Kentucky Home Life Building
    239 South Fifth Street
    Louisville, Kentucky 40202

DONALD MILLER
in his Individual Capacity
Jefferson County Metropolitan Corrections
    Serve via certified mail:
    Jefferson County Metro Corrections
    400 South Sixth Street
    Louisville, Kentucky 40202

And

ERNEST FOX, Jr.
In his Individual Capacity
Jefferson County Metropolitan Corrections
    Serve via certified mail:
    Jefferson County Metro Corrections
    400 South Sixth Street
    Louisville, Kentucky 40202

* * * * *

## PRELIMINARY STATEMENT

    1.    This is a civil rights action for damages brought pursuant to 42 U.S.C.

Secs. 1981, 1983 and 1988, and the United States and Kentucky Constitutions and

applicable state tort law, stemming from law enforcement officers' unlawful and unconstitutional seizure, use of excessive force, arrest, and imprisonment of an unarmed citizen. On January 1, 2003, Defendants Donald Miller and Ernest Fox, correctional officers employed as security guards at Denny's, unlawfully assaulted and arrested Plaintiff Timothy Momah, thereby violating Mr. Momah's right to be free from unreasonable seizure and use of excessive force and malicious prosecution, in violation of the Fourth, Fifth and Fourteenth Amendments to the United States Constitution and 42 U.S.C. §§ 1981 and 1983 and in violation of state law.

## JURISDICTION & VENUE

### Jurisdiction

2. This action for damages arises under the Fourth, Fifth, and Fourteenth Amendments to the United States Constitution, federal law including the Civil Rights Act, 42 U.S.C. Sections 1981, 1983 and 1988, Sections Two, Ten and Eleven of the Kentucky Constitution and Kentucky tort law. Plaintiff seeks to vindicate rights protected by the laws and constitutions of the United States and Kentucky. This Court has jurisdiction of this civil action pursuant to Section 112(5) of the Kentucky Constitution and KRS 23A.010(1).

### Venue

3. Venue is proper in Jefferson County pursuant to KRS 452.405(2) as the conduct complained of occurred in Louisville, Jefferson County, Kentucky, primarily at Denny's, a restaurant at 434 Eastern Parkway.

## PARTIES

### Plaintiff

4. Plaintiff Timothy Momah is and at all relevant times was a resident of Jefferson County, Kentucky. Plaintiff is African American.

**Defendants**

5. Defendant Donald Miller is believed to be a resident of the Commonwealth of Kentucky and at all relevant times was employed by Denny's, Inc. as a security guard and Jefferson County Metropolitan Corrections as a correctional officer. At all times pertinent hereto, he acted in such capacities under color of law, within the course and scope of his employment, and as an agent, servant, and/or employee of Denny's, Inc. He is sued in his individual capacity.

6. Defendant Ernest Fox, Jr. is believed to be a resident of the Commonwealth of Kentucky and at all relevant times was employed by Denny's, Inc. as a security guard and Jefferson County Metropolitan Corrections as a correctional officer. At all times pertinent hereto, he acted in such capacities under color of law, within the course and scope of his employment, and as an agent, servant, and/or employee of Denny's, Inc. He is sued in his individual capacity.

7. Defendant Denny's, Inc. is an out-of-state corporation licensed to do business in the Commonwealth of Kentucky, which conducts business in Jefferson County, Kentucky, has on record with the Kentucky Secretary of State an agent for service of process of C T Corporation System, Kentucky Home Life Building, Louisville, Kentucky 40202, and owns, operates, manages, maintains, or otherwise has an interest in or exercises control over the business known as Denny's and/or property located at 434 Eastern Parkway in Louisville, Kentucky.

**FACTUAL ALLEGATIONS**

01/16/2004 15:02 FAX 717 691 9491   GALLAGHER BASSET   ⌀002
Case 3:04-cv-00964-JBC-JDM   Document 1   Filed 01/30/04   Page 8 of 19 PageID #: 8

JAN. 16. 2004  1:52PM   DENNYS LEGAL DEPT                              NO. 196   P. 2

8. On January 1, 2003, Timothy Momah and Elhadj Kane went into the Denny's restaurant located at 434 Eastern Parkway to eat.

9. The restaurant was crowded. After waiting for a table for some period of time, Mr. Momah and Mr. Kane left the restaurant. Mr. Momah and Mr. Kane were never seated at a table and never ate inside the restaurant.

10. As Mr. Momah and Mr. Kane reached their vehicle in the parking lot, the defendants Donald Miller and Ernest Fox, Jr. stopped them and made them come back inside the restaurant.

11. Defendants accused Mr. Momah and Mr. Kane of eating in the restaurant and leaving without paying for the food.

12. Plaintiff explained that they did not eat in the restaurant.

13. Mr. Momah and Mr. Kane attempted to go back to their vehicle.

14. The defendants grabbed Mr. Momah from behind and assaulted him, injuring Mr. Momah's shoulder.

15. Mr. Momah asked why he was being detained and the Defendant said, "I can do what I want."

16. Defendants then took Mr. Momah to the Louisville Metro Corrections jail where he was incarcerated.

17. At all relevant times, Mr. Momah's conduct was lawful. He violated no laws or ordinances. He did not pose any threat to himself or others.

18. Defendant Donald Miller initiated criminal proceedings against Timothy Momah by charging him with Disorderly Conduct, without legal justification.


19. The charge against Mr. Momah was dismissed by the Court. The defendants ignored subpoenas and did not appear in court.

20. The defendants attacked Mr. Momah either intentionally, or with deliberate indifference to his life, health and safety, or negligently, recklessly and wantonly.

21. The defendant's actions were so willful, wanton, malicious and in utter disregard for Timothy Momah's rights and safety as to warrant the imposition of punitive damages.

22. At all relevant times, Defendants Donald Miller and Ernest Fox, Jr. acted under color of state law.

23. In addition, at all relevant times, he acted within the course and scope of their employment as a security guard for Denny's, Inc..

## CAUSES OF ACTION

### 42 U.S.C. Sec. 1983 claims of Unreasonable Seizure and Excessive Use of Force

24. Plaintiff restates and reiterates all averments set forth in all preceding paragraphs.

25. Defendants' joint conduct violated Plaintiff's rights secured by the Fourth and Fourteenth Amendments to the United States Constitution and 42 U.S.C. § 1983 when Plaintiff was deprived of his rights to be free from unreasonable search and seizure and free from excessive use of force.

26. The Defendants' conduct was unreasonable and in violation of Plaintiff's clearly established rights, of which a reasonable person should have known.

### 42 U.S.C. § 1981 claim of Denial of Full and Equal Benefit of Law

27. Plaintiff restates and reiterates all averments set forth in all preceding paragraphs.

28. Defendants' stop and seizure of Plaintiff were racially motivated and violated Plaintiff's right to the full and equal benefit of the law under 42 U.S.C. § 1981 and by the Fourth and Fourteenth Amendments to the United States Constitution.

### State Law Violations of Excessive Force, Battery, False Imprisonment, Malicious Prosecution and Negligence

29. Plaintiff restates and reiterates all averments set forth in all preceding paragraphs.

30. The aforementioned conduct of the Defendants toward Timothy Momah constitutes the torts of excessive use of force, battery, and false imprisonment, and malicious prosecution in violation of rights of Plaintiff secured by Kentucky tort law and the Kentucky Constitution.

31. The acts and omissions of the defendant officers were negligent, reckless or wanton. As a result, Timothy Momah has endured pain and suffering, emotional distress and mental suffering, lost wages, legal expenses, and other expenses. The acts and omissions were a substantial factor in bringing about Timothy Momah's injuries.

### Vicarious Liability

32. Plaintiff restates and reiterates all averments set forth in all preceding paragraphs.

33. The acts and omissions of the Defendants Miller and Fox occurred within the scope and course of their employment as security guards for Denny's, Inc.

34. Denny's, Inc. is vicariously liable for individual defendant's tortious conduct.

## Punitive Damages

35. The actions of the defendant officers were so willful, wanton, malicious and in utter disregard for Timothy Momah's rights, health and safety as to warrant the imposition of punitive damages.

### CONCLUSION

WHEREFORE, Plaintiff Timothy Momah respectfully requests and prays for:

1. Jury trial on all issues so triable;

2. Judgment against all Defendants for compensatory damages in an amount in excess of the jurisdictional minimum of this court;

3. Punitive damages against all Defendants;

4. Reasonable costs herein expended;

5. Attorneys fees pursuant to 42 U.S. § 1988 and any other applicable authority; and

6. For any and all further relief to which Plaintiff may be entitled.

Respectfully submitted,

*/s/ Michael L. Goodwin*

MICHAEL L. GOODWIN
CHRISTOPHER N. LASCH
GOODWIN & LASCH
607 West Main Street, Suite 500
Louisville, Kentucky 40202
(502) 584-7622



| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ | ☐ Agent<br>☐ Addressee |
| | B. Received by (*Printed Name*)<br>**CT Corporation System** | C. Date of Delivery |
| 1. Article Addressed to:<br>*Denny's Inc*<br>C.T. CORP_____<br>KY. HOME_____<br>LOUISVILLE, KY. ____<br>**03CI11357** | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>JAN 2 2004<br>**MATTHEW REDFIELD** | |
| | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. | |
| | 4. Restricted Delivery? (*Extra Fee*) | ☒ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7002 2410 0002 7280 1774 | |
| PS Form 3811, August 2001 | Domestic Return Receipt | 102595-02-M-1540 |

03C111357
#15

| AOC-105  Summons Type: CI | | Case No. 03CI11357 |
| --- | --- | --- |
| Rev. 6-99 | | |
| Commonwealth of Kentucky Court of Justice | | Court **CIRCUIT** |
| CR 4.02; CR Official Form 1 | **CIVIL SUMMONS** | County **JEFFERSON** |

**JEFFERSON CIRCUIT COURT**
**DIVISION FIFTEEN (15)**

TIMOTHY MOMAH

PLAINTIFF

VS.

DENNY'S, INC. et al
Serve CT Corporation System
Kentucky Home Life Building
239 S. 5th St.
Louisville, KY 40202

DEFENDANT

THE COMMONWEALTH OF KENTUCKY
TO THE ABOVE-NAMED DEFENDANTS:

You are hereby notified that a legal action has been filed against you in this court demanding relief as shown on the document delivered to you with this summons. Unless a written defense is made by you or by an attorney on your behalf and filed in the clerk's office within 20 days following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding such relief against you or his (their) attorney(s) are shown on the document delivered to you with this summons.

Date: DEC 31 2003

Clerk: Tony Miller

By: _____ D.C.

**PROOF OF SERVICE**

This summons was served by delivering a true copy and the complaint (or other initiating document) to:

_____

This _____ day of _____, _____

Served By: _____

**RECEIVED**

JAN 0 6 2004

TONY MILLER
CIRCUIT CLERK

03CI11357
(15)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Donald L Benner    ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Benner Donald L    C. Date of Delivery: 1-2-04 |
| 1. Article Addressed to:<br>Ernest Fox, Jr.<br>Jefferson Co. Metro Corrections<br>400 S. 6th St.<br>Louisville, KY 40202<br>03CI11357 (15) | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br>DEC 3 1 2003<br>03CI11357(15) |
|  | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☒ Yes |
| 2. Article Number (Transfer from service label)  7002 2410 0002 7280 1798 | |
| PS Form 3811, August 2001 | 102595-02-M-154 |

```
,                        CASE HISTORY                              01/21/04
---------------------------------------------------------------------------
                                                                 | PAGE NO.
COUNTY : JEFFERSON
COURT  : CIRCUIT
 CASE  : 03-CI-011357
         MOMAH, TIMOTHY VS. DENNY'S, INC., ET AL

OPENING JUDGE: HON. F. KENNETH CONLIFFE
CURRENT JUDGE:
CLOSING JUDGE:

    12/31/03  Case Filed
              OTHER

              *JURY FEE PAID

    12/31/03  Document Filed
              COMPLAINT / PETITION
              ATTORNEY FOR PLAINTIFF

    12/31/03  Summons Issued
              CERTIFIED MAIL
              DENNY'S, INC.

              *SERVE; CT CORPORATION SYSTEM
              *KY HOME LIFE BLDG.
              *239 SO. FIFTH STREET
              *LOU, KY 40202

    12/31/03  Summons Issued
              CERTIFIED MAIL
              MILLER, DONALD

              *NOTE ON ENVELOPE RETURNED: THIS
              *GOES TO METRO CORR OFFICER
              *DONALD MILLER. GREEN CARD MISSING;
              *CCC 3RD SHIFT; RETURNED

    12/31/03  Summons Issued
              CERTIFIED MAIL
              FOX, JR., ERNEST

    01/02/04  Summons Served
              CERTIFIED MAIL
              DENNY'S, INC.

              *SERVE; CT CORPORATION SYSTEM
              *KY HOME LIFE BLDG.
              *239 SO. FIFTH STREET
              *LOU, KY 40202

    01/02/04  Summons Served
              CERTIFIED MAIL
              FOX, JR., ERNEST

    01/08/04  Summons Served
              CERTIFIED MAIL
              MILLER, DONALD

===========================================================================
                             PAGE    1
```

```
                              CASE HISTORY                                01/21/04
-----------------------------------------------------------------
                                                                        | PAGE NO.
COUNTY : JEFFERSON                                                      |
COURT  : CIRCUIT                                                        |
 CASE  : 03-CI-011357                                                   |
         MOMAH, TIMOTHY VS. DENNY'S, INC., ET AL                        |

OPENING JUDGE: HON. F. KENNETH CONLIFFE
CURRENT JUDGE:
CLOSING JUDGE:

              *NOTE ON ENVELOPE RETURNED: THIS
              *GOES TO METRO CORR OFFICER
              *DONALD MILLER. GREEN CARD MISSING;
              *CCC 3RD SHIFT; RETURNED

    01/20/04 Document Filed
             ANSWER
             ATTORNEY FOR DEFENDANT (CIVIL)

             *ERNEST FOX Jr.'S...
```

| | | |
|---|---|---|
| CASE NO. 03CI11357 | FILED IN CLERK'S OFF.<br>JEFFERSON CIRCUIT CT. | JEFFERSON CIRCUIT COURT<br>DIVISION FIFTEEN (15) |
| TIMOTHY MOMAH | 2004 JAN 20 P 12: 03 | PLAINTIFF |
| v. | TONY MILLER, CLERK<br>BY_____ D.C. | |
| | ANSWER | |
| DENNY'S, INC. et al. | | DEFENDANT |

**\*\*\*\* \*\*\*\* \*\*\*\* \*\*\*\***

Comes the Defendant, Ernest Fox, Jr. and for his answer to the Plaintiff's complaint states as follows:

### FIRST DEFENSE

The complaint fails to state the cause of action for which relief may be granted against this Defendant.

### SECOND DEFENSE

The causes of action asserted are barred by applicable statute of limitations requiring that the cause of action be pled within one (1) year from the date it is alleged to have occurred.

### THIRD DEFENSE

The Defendant pleads assumption of the risk, contributory negligence, estoppel and latches. Further the Plaintiff's conduct caused any injuries he sustained. Said Defendant affirmative defenses as specified in Civil Rule 8.03 which may otherwise be developed in the course of discovery. Said Defendant further asserts affirmatively that this Defendant never was employed by Denny's Inc., never had any contact with Timothy Momah, was not present at the

1

date and time of the alleged events, and did not participate in the alleged events in any manner or degree.

### FOURTH DEFENSE

The Defendant, Ernest Fox, Jr. states that he has insufficient information to admit or deny and therefore denies the allegations of the preliminary statement paragraph 1, the jurisdiction statement paragraph 2, the venue statement paragraph 3, 4, 5, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, and 34; said Defendant denies paragraph 6 except that he admits that he is a resident of the Commonwealth of Kentucky, admits that he is a security guard with Jefferson County Metropolitan Corrections and denies the balance of paragraph 6, denies paragraph 20, 21, 22, 23, 25, 26, 28, 30, 31, 33, and 35 and denies all allegations not heretofore admitted.

**WHEREFORE**, the Defendant, Ernest Fox, Jr. respectfully requests and prays and for:

1. Jury trial of all issues so triable.

2. For his costs herein expended including his attorney's fees.

3. For all general and further equitable relief to which he may appear entitled.

Respectfully submitted,

Allen P. Dodd, III
Dodd & Dodd Attorneys, PLLC
Counsel for Defendant, Ernest Fox, Jr.
2000 Waterfront Plaza
325 W. Main Street
Louisville, KY 40202
(502) 584-1108
(502) 587-7756

## Certificate of Service

This is to certify that a true copy of the Answer was served by mailing the same on the 19 day of January, 2004 to:

Michael L. Goodwin
Christopher N. Lasch
Goodwin & Lasch
607 West Main Street, Suite 500
Louisville, KY 40202
(502) 587-7622

_____
Allen P. Dodd, III